IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| COTRELL T. KNIGHT, and PHYLLIS MARIE KNIGHT, Petitioners, vs. TAGGART BOYD, Respondent. | 8:22CV41 **ORDER** |

    This matter is before the court on Petitioner Phyllis Marie Knight's ("Knight") Motion for Leave to Appeal in Forma Pauperis. (Filings 9 & 11.) Knight filed what the court construes as a Notice of Appeal (filing 9) on July 18, 2022, followed by two Amended Notices of Appeal on July 19 and 20, 2022 (filings 10 & 12). Knight appeals from the court's Memorandum and Order and Judgment dated June 16, 2022. (Filings 6 & 7.) Upon review of Knight's Motion for Leave to Appeal in Forma Pauperis, the court finds Knight is entitled to proceed in forma pauperis on appeal.

    IT IS ORDERED that: Petitioner's Motion for Leave to Appeal in Forma Pauperis (filings 9 & 11) is granted.

    Dated this 21st day of July, 2022.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge